UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH ALLEN CLARK,

    Petitioner,

v.

RON HAYNES,

    Respondent.

CASE NO. 3:20-cv-05069-JLR-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Petitioner's Objections (DKT #16) ~~any objections or responses to that~~, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice and issuance of a certificate of appealability is denied.

(3) The Clerk shall provide a copy of this Order to the parties.

Dated this 30th day of December, 2020.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1

# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH ALLEN CLARK,<br><br>　　　　　　Petitioner,<br>v.<br><br>RON HAYNES,<br><br>　　　　　　Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 3:20-cv-05069-JLR-BAT |

____　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　　　　The Report and Recommendation is adopted and approved. The case is dismissed with prejudice. Issuance of a certificate of appealability is denied.

　　　　Dated this _____ day of _____, 20____.

　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Deputy Clerk